# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 2 4 2021

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WARRANT FOR ARREST |
| Matthew Taylor Coleman | Case Number: 21cr2627-CAB |

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Matthew Taylor Coleman
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
18: U.S.C., Secs. 1119 and 1111 - Foreign First-Degree Murder of United States Nationals

DATE: 9/9/21
ARRESTED BY: FBI
Los Angeles District
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

RECEIVED 2021 SEP -8 AM 11:45 U.S. MARSHALS-S/CA

In violation of Title See Above United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ S. Dunbar | 9/8/2021 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ NO BAIL by The Honorable Allison H. Goddard
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |